IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MATTHEW COCKBURN**                                                             **PLAINTIFF**

v.                  **CASE NO. 5:19-CV-00114 BSM**

**DALLAS COUNTY DETENTION CENTER, et al.**              **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 7] is adopted. The Dallas County Detention Center, Stan Magee, and Ronda Pittit are dismissed without prejudice.

IT IS SO ORDERED this 3rd day of June 2019.

_____
UNITED STATES DISTRICT JUDGE