# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MATTHEW COCKBURN**                      **PLAINTIFF**

v.                    Case No. 5:19-cv-00114 BSM

**DALLAS COUNTY DETENTION CENTER,** *et al.*                 **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 54] has been received. After reviewing the record *de novo*, the RD is adopted.

Matthew Cockburn's motion for order [Doc. No. 51] is denied. His motion for an extension of time [Doc. No. 55] and his motion for status [Doc. No. 58] are denied as moot. Dusty Dodson's motion for summary judgment [Doc. No. 45] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2020.

                                                    UNITED STATES DISTRICT JUDGE