IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MATTHEW COCKBURN**                                                                 **PLAINTIFF**

v.                                    Case No. 5:19-cv-00114 BSM

**DALLAS COUNTY DETENTION
CENTER,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE